No. 12–8175. BRIDGES v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Rutherford County, N. C. Certiorari denied.

No. 12–8234. GAYLE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–8241. NICHOLS v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 12–8252. CRISSWALLE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 12–8263. BONANNO v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 12–8280. MCCARVILL v. PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 12–8281. NESBITT v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 12–8284. ALEXANDER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8287. SMITH, AKA WALLS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–8288. WOODLAND v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–8289. WALKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–8290. WEBB v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–8296. GREEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8301. LEWIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–8302. GLAVE v. GLEBE, SUPERINTENDENT, STAFFORD CREEK CORRECTIONS CENTER, ET AL. C. A. 9th Cir. Certiorari denied.